JS-6

**United States District Court
Central District of California**

| | |
|---|---|
| ORLANDO GARCIA,<br><br>      Plaintiff,<br><br>      v.<br><br>NAE K. KIM, et al.,<br><br>      Defendants. | Case No. CV 21-00652-VAP-JEMx<br><br>**ORDER OF DISMISSAL** |

    The Court having been advised by counsel for the parties that the above-entitled action has settled,

    IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

    THE COURT will retain jurisdiction for a period of sixty (60) days to enforce the terms of the settlement. All pending dates are hereby vacated.

Dated: June 8, 2021

                                          VIRGINIA A. PHILLIPS
                                          United States District Judge